UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

AF HOLDINGS, LLC,

        Plaintiff,

Civil Action No. 3:12-CV-01293

v.

CHRISTOPHER BARTON,

        Defendant.

_____/

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses this action in its entirety with prejudice.

In accordance with Federal Rule of Civil Procedure 41(a)(1), the defendant in this case has neither filed an answer to Plaintiff's Complaint, nor any other responsive pleading. Therefore, dismissal under Federal Rule of Civil Procedure 41(a)(1) is appropriate.

Plaintiff prays that the Court enter a judgment reflecting the above.

Respectfully Submitted,

AF Holdings LLC

DATED: January 23, 2013

By:     /s/ Sam Trenchi

Sam Trenchi (Bar No. 028752)
307 North 16th Street
Nashville, TN 37206
Telephone: (615) 375-6681
E-mail: blgibbs@wefightpiracy.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on January 23, 2013, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

                     /s/ Sam Trenchi
                      SAM TRENCHI